# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Barrett, Susan D. | U.S. Bankruptcy Court, GA-S | 05/15/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

P. O. Box 31267
Augusta, Georgia 30903

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Hill Properties, LLC |
| 2. | Partner | Family Partnership |
| 3. | Trustee | Family Trust (Reported as Family Trust in VII) |
| 4. | Trustee, Member of Board of Managers, & Member of the Family Aid Committee | Tuttle-Newton Home, Inc. (No reportable assets)(See Section VIII) |
| 5. | Board Member | Wheel Movement of the CSRA, Inc. |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Susan D. | 05/15/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Southeastern Bankruptcy Law, Institute, Inc. | March 21-24, 2018 | Atlanta, Georgia | Seminar | Registration, Meals, Educational Materials and Lodging |
| 2. | Coastal Bankruptcy Law Institute, Inc. | April 19-20 2018 | Savannah, Georgia | Seminar | Registration, Meals, Educational Materials and Lodging |
| 3. | State Bar of Georgia Bankruptcy Section | December 12-14, 2018 | Greensboro, Georgia | Seminar | Registration, Meals, Educational Materials and Lodging |
| 4. | National Conference of Bankruptcy Judges | October 27-31, 2018 | San Antonio, TX | Annual Conference | Airfare, Parking and Lodging |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Susan D. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Suntrust Bank Checking | A | Interest | J | T | | | | | |
| 2. Suntrust Money Market | A | Interest | J | T | | | | | |
| 3. | | | | | | | | | |
| 4. BROKERAGE ACCT #1 SCHWAB | | | | | | | | | |
| 5. SCHWAB BANK (SWEEP) (X) | A | Interest | J | T | | | | | See Part VIII |
| 6. SCHWAB US TREAS MONEY FD SWEEP (SWUXX) (Y) | A | Dividend | | | | | | | See Part VIII |
| 7. | | | | | Redeemed (part) | 07/25/18 | K | | See Part VIII |
| 8. | | | | | Buy (add'l) | 07/10/18 | J | | |
| 9. | | | | | Buy (add'l) | 07/03/18 | J | | |
| 10. | | | | | Buy (add'l) | 07/02/18 | J | | |
| 11. | | | | | Redeemed (part) | 06/08/18 | J | | See Part VIII |
| 12. | | | | | Buy (add'l) | 05/01/18 | J | | |
| 13. | | | | | Redeemed (part) | 04/26/18 | L | | See Part VIII |
| 14. | | | | | Buy (add'l) | 04/24/18 | K | | |
| 15. | | | | | Redeemed (part) | 04/17/18 | M | | See Part VIII |
| 16. | | | | | Buy (add'l) | 04/16/18 | K | | |
| 17. | | | | | Buy (add'l) | 04/13/18 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Susan D. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 04/11/18 | L | | |
| 19. | | | | | Buy (add'l) | 03/29/18 | J | | |
| 20. | | | | | Buy (add'l) | 03/23/18 | J | | |
| 21. | | | | | Redeemed (part) | 03/08/18 | J | | See Part VIII |
| 22. | | | | | Redeemed (part) | 01/25/18 | K | | See Part VIII |
| 23. SCHWAB US TRSY MONEY INV. (SNSXX) | A | Interest | K | T | Buy | 12/28/18 | K | | |
| 24. US TREASURY BILL 19 | | None | L | T | Buy | 10/22/18 | L | | |
| 25. US TREASURY BILL 18 | B | Interest | | | Redeemed | 10/25/18 | L | | See Part VIII |
| 26. | | | | | Buy | 04/23/18 | L | | |
| 27. BANK OF MONTREAL 1.4%18F | A | Interest | | | Redeemed | 04/10/18 | K | | See Part VIII |
| 28. DOVER CORP (DOV) | A | Dividend | | | Sold | 04/11/18 | K | D | |
| 29. ISHARES SELECT DIV ETF IV (DVY) | C | Dividend | M | T | | | | | |
| 30. ISHARES INTL SEL DIV ETF (IDV) | A | Dividend | J | T | | | | | |
| 31. JOHNSON & JOHNSON (JNJ) | A | Dividend | K | T | | | | | |
| 32. MISCROSOFT CORP (MSFT) | A | Dividend | K | T | | | | | |
| 33. PUTNAM SHORT DURATION INCM A (PSDTX) | B | Dividend | M | T | Sold (part) | 09/17/18 | J | | See Part VIII |
| 34. | | | | | Sold (part) | 04/27/18 | K | | See Part VIII |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Susan D. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 04/20/18 | K | | See Part VIII |
| 36. | | | | | Buy (add'l) | 04/16/18 | M | | |
| 37. SCHWAB US DIV EQUITY ETF (SCHD) | D | Dividend | N | T | | | | | |
| 38. CHARLES SCHWAB US MC ETF (SCHM) | A | Dividend | K | T | | | | | |
| 39. SCHWAB INT'L EQUITY ETF (SCHF) | A | Dividend | J | T | | | | | |
| 40. SCHWAB TOTAL STK MKT INDEX (SWTSX) | D | Dividend | O | T | | | | | |
| 41. | | | | | Sold (part) | 04/11/18 | L | E | |
| 42. SHERWIN WILLIAMS CO (SHW) | A | Dividend | K | T | | | | | |
| 43. TE CONNECTIVITY LTD F (TEL) | A | Dividend | | | Sold | 11/21/18 | J | | See Part VIII |
| 44. SCHWAB EMERGING MARKETS EQUITY ETF (SCHE) | A | Dividend | J | T | Buy | 08/06/18 | J | | |
| 45. | | | | | Sold | 07/05/18 | J | | See Part VIII |
| 46. | | | | | Buy | 01/23/18 | K | | |
| 47. | | | | | | | | | |
| 48. BROKERAGE ACCT. #2 (SCHWAB ROLLOVER IRA) | | | | | | | | | |
| 49. SCHWAB BANK(SWEEP)(X) | A | Interest | J | T | | | | | See Part VIII |
| 50. -SCHWAB US TREAS MONEY FD (SWUXX)(Y) | A | Dividend | | | | | | | See Part VIII |
| 51. | | | | | Redeemed (part) | 07/25/18 | J | | See Part VIII |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Susan D. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 07/02/18 | J | | |
| 53. | | | | | Redeemed (part) | 05/29/18 | K | | See Part VIII |
| 54. | | | | | Buy (add'l) | 05/01/18 | K | | |
| 55. | | | | | Redeemed (part) | 04/27/18 | L | | See Part VIII |
| 56. | | | | | Buy (add'l) | 04/13/18 | K | | |
| 57. | | | | | Buy (add'l) | 03/23/18 | J | | |
| 58. | | | | | Redeemed (part) | 01/25/18 | J | | See Part VIII |
| 59. | | | | | Redeemed (part) | 01/12/18 | J | | See Part VIII |
| 60. ISHARES SELECT DIV ETF IV FUND (DVY) | B | Dividend | K | T | | | | | |
| 61. PUTNAM SHORT DURATION, INCM A (PSDTX) | B | Dividend | L | T | | | | | |
| 62. | | | | | Buy (add'l) | 12/28/18 | J | | |
| 63. | | | | | Buy (add'l) | 04/26/18 | L | | |
| 64. SCHWAB US DIV. EQUITY ETF (SCHD) | D | Dividend | M | T | | | | | |
| 65. SCHWAB TOTAL STK MKT (SWTSX) | B | Dividend | L | T | Sold (part) | 04/11/18 | K | E | |
| 66. CHARLES SCHWAB US MC ETF (SCHM) | A | Dividend | J | T | Buy | 01/23/18 | J | | |
| 67. SCHWAB INT'L EQUITY ETF (SCHF) | A | Dividend | K | T | Buy (add'l) | 01/10/18 | J | | |
| 68. SCHWAB US SMALL CAP ETF (SCHA) | A | Dividend | K | T | Buy | 05/24/18 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Barrett, Susan D. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. VANGUARD INDUSTRIALS (VIS) | A | Dividend | | | Sold | 04/26/18 | K | D | |
| 70. | | | | | | | | | |
| 71. BROKERAGE ACCT.#3 (WELLS FARGO) | | | | | | | | | |
| 72. BANK DEPOSIT SWEEP | A | Interest | K | T | | | | | |
| 73. CHEVRON CORP (CVX) | C | Dividend | L | T | | | | | |
| 74. DXC TECH CO (DXC) | A | Dividend | J | T | | | | | |
| 75. EQUITY RESIDENTIAL (EQR) | D | Dividend | M | T | | | | | |
| 76. FIREEYE IN (FEYE) | | None | J | T | | | | | |
| 77. GENERAL ELECTRIC CO. (GE) | A | Dividend | | | Sold | 10/02/18 | K | | See Part VIII |
| 78. HP INC (HPQ) | A | Dividend | J | T | | | | | |
| 79. HEWLETT PACKARD ENTERPRISE CO (HPE) | A | Dividend | J | T | | | | | |
| 80. MICRO FOCUS INTL PLC ADR SPONSORED ADR NEW (MFGP) | A | Dividend | J | T | | | | | |
| 81. PALO ALTO NETWORKS (PANW) | | None | K | T | | | | | |
| 82. PERSPECTA INC. (PRSP) | A | Dividend | J | T | Spinoff (from line 74) | 06/01/18 | J | | |
| 83. PROCTOR & GAMBLE CO. (PG) | C | Dividend | M | T | | | | | |
| 84. ROYAL DUTCH SHELL PLC ADR CL A (RDS/A) | A | Dividend | J | T | | | | | |
| 85. VERIZON COMMUNICATIONS COM (VZ) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Susan D. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | | | | |
| 87. MEMBERSHIP INTEREST IN HILL PROPERTIES, LLC | | None | | | | | | | See Part VIII |
| 88. | | | | | | | | | |
| 89. FAMILY INS. PSHIP (OWNS LIFE INS. POL-CASH VALUE & SMALL BANK ACCT. AT | | None | N | T | | | | | |
| 90. SUNTRUST) | | | | | | | | | |
| 91. | | | | | | | | | |
| 92. TRUSTEE OF FAMILY TRUST CHECKING ACCOUNT AT SUNTRUST BANK | | None | J | T | | | | | |
| 93. | | | | | | | | | |
| 94. FAMILY TRUST ACCT. #1 (TRUSTEE) (SCHWAB BROKERAGE ACCT.) | | | | | | | | | |
| 95. BANK SWEEP ACCT. | A | Interest | K | T | | | | | |
| 96. ABBVIE, INC. (ABBV) | C | Dividend | L | T | | | | | |
| 97. BB&T CORPORATION (BBT) | B | Dividend | K | T | | | | | |
| 98. BLACKROCK, INC. (BLK) | B | Dividend | K | T | | | | | |
| 99. DEERE & CO. (DE) | B | Dividend | L | T | | | | | |
| 100. EXXON MOBIL CORP (XOM) | A | Dividend | | | Sold | 03/05/18 | K | B | |
| 101. JOHNSON & JOHNSON (JNJ) | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Susan D. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. KIMBERLY-CLARK CORP (KMB) | A | Dividend | | | Sold | 03/05/18 | K | D | |
| 103. MARRIOTT INTL INC. (MAR) | A | Dividend | K | T | | | | | |
| 104. MC DONALDS CORP (MCD) | B | Dividend | L | T | | | | | |
| 105. MERCK & CO INC. (MRK) | A | Dividend | | | Sold | 03/05/18 | K | B | |
| 106. MICROSOFT CORP (MSFT) | B | Dividend | M | T | | | | | |
| 107. PAYCHEX INC (PAYX) | B | Dividend | L | T | | | | | |
| 108. PUTNAM SHORT DURATION (PSDTX) | C | Dividend | M | T | | | | | |
| 109. | | | | | Buy (add'l) | 03/29/18 | L | | |
| 110. SCHWAB US DIV EQUITY ETF (SCHD) | D | Dividend | M | T | | | | | |
| 111. CHARLES SCHWAB US MC ETF (SCHM) | A | Dividend | J | T | | | | | |
| 112. TECHNOLOGY SELECT SECTOR SPDR ETF (XLK) | A | Dividend | K | T | | | | | |
| 113. TE CONNECTIVITY LTD F (TEL) | A | Dividend | | | Sold | 11/21/18 | K | | See Part VIII |
| 114. UNITED TECHNOLOGIES CORP (UTX) | B | Dividend | K | T | | | | | |
| 115. 3M (MMM) | C | Dividend | L | T | | | | | |
| 116. | | | | | | | | | |
| 117. FAMILY TRUST ASSET #2 (WELLS FARGO BROKERAGE ACCT.) | | | | | | | | | |
| 118. BANK DEPOSIT SWEEP | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Susan D. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. CHEVRON (CVX) | B | Dividend | K | T | | | | | |
| 120. DXC TECHNOLOGY CO (DXC) | A | Dividend | J | T | | | | | |
| 121. EQUITY RESIDENTIAL (EQR) | E | Dividend | O | T | | | | | |
| 122. GENERAL ELECTRIC (GE) | A | Dividend | | | Sold | 10/02/18 | J | | See Part VIII |
| 123. HP INC (HPQ) | A | Dividend | K | T | | | | | |
| 124. HEWLETT PACKARD ENTERPRISES CO. (HPE) | A | Dividend | K | T | | | | | |
| 125. MICRO FOCUS INTL PLC ADR SPONSORED ADR NEW (MFGP) | A | Dividend | J | T | | | | | |
| 126. PERSPECTA, INC. (PRSP) | A | Dividend | J | T | Spinoff (from line 120) | 06/01/18 | J | | |
| 127. PROCTOR & GAMBLE (PG) | D | Dividend | M | T | | | | | |
| 128. ROYAL DUTCH SHELL PLC ADR CL A (RDS/A) | B | Dividend | K | T | | | | | |
| 129. SUNTRUST BANKS INC (STI) | D | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Susan D. | 05/15/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section I (Line 4) -- No reportable assets. This is a civic organization and while a "trustee" I do not have control over the assets.

Section VII (Lines 5-6, 49-50). The SWUXX fund previously reported was closed during 2018 and those funds have been diverted to other holdings duly reflected in these respective accounts. The Schwab Bank (Sweep) accounts are part of this activity.

Section VII (Lines 7, 11, 13, 15, 21-22, 25, 27, 33-35, 43, 45, 51, 53, 55, 58-59, 77, 113, 122). There is no gain to report.

Section VII (Line 87). I own a membership interest in this entity, but it did not have any activity in 2018, and does not have any reportable assets.

FINANCIAL DISCLOSURE REPORT

Page 13 of 13

Name of Person Reporting

Barrett, Susan D.

Date of Report

05/15/2019

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Susan D. Barrett**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544